JIM KING - State Bar No. 050886
1011 CENTER STREET
SANTA CRUZ, CA 95060
Tel. (831) 427-1515
Fax (831) 427-1530

Attorney for Plaintiff KATHLEEN HOPE O'NEILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHLEEN HOPE O'NEILL,

    Plaintiff,

v.

PASATIEMPO, INC. dba Pasatiempo Golf Club, and MATT BASS,

    Defendants.

Case No. C08 01774 RS

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

JURISDICTION

1. The court has jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331 and 1367. Plaintiff brings this suit under Title VII of the Civil Rights Act of 1964, as amended and under the California Fair Employment and Housing Act, as amended,

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL                -1-

and the Constitution of the State of California, Art. 1, § 8 and in accordance with the public policy of the State of California.

2. Venue is proper in this court under 28 U.S.C. section 1391(b) & (c).

## PARTIES

3. Plaintiff KATHLEEN HOPE O'NEILL is an adult female formerly employed as a server, bartender and closer of the Mackenzie Bar and Grill of the Pasatiempo Golf Club.

4. Defendant PASATIEMPO, INC. dba Pasatiempo Golf Club (hereinafter PASATIEMPO) is and at all relevant times was, so plaintiff is informed and believes, a California corporation doing business in Santa Cruz County.

5. Defendant MATT BASS is a male and, plaintiff is informed and believes, an adult resident of this judicial district.

## THE CLAIM

6. About 1 November 2005 the plaintiff was hired by the defendant PASATIEMPO as a server in the Mackenzie Bar and Grill.

7. On 29 March 2006 the plaintiff successfully completed the "ServeSafe Alcohol" Responsible Alcohol Service Training and Certification Program and about this time was promoted to bartender, given a key and the security code and the responsibility of closing the establishment.

8. On or about 15 May 2006 the plaintiff was terminated from her employment by the defendant PASATIEMPO through its bar manager Mr. Hall.

9. During the course of her employment through 15 May 2006, the plaintiff was verbally assaulted, battered, unlawfully touched, intimidated, humiliated and otherwise sexually harassed by the defendant BASS after and in disregard of her

1 demands to defendant BASS that he stop his unlawful touching and sexual harassment.

10. During this time and after her protestations to defendant BASS brought her no relief, the plaintiff complained of defendant BASS's harassing conduct to the bar manager Mr. Hall, who only disregarded her complaints and belittled plaintiff's predicament.

11. Plaintiff's complaints to Mr. Hall of sexual harassment by defendant BASS were protected activity and, plaintiff is informed and believes and alleges, a motivating factor in defendant PASATIEMPO's decision to terminate her employment on or about 15 May 2006.

12. On or about 26 May 2006 the plaintiff complained to Mr. Walkinshaw, the general manager, of the sexual harassment by defendant BASS.

13. On or about 1 July 2006 the plaintiff was rehired by defendant PASATIEMPO as a server without back pay with reduced hours and no bartender shifts.

14. From the time of her rehire through about 14 September 2006, defendant BASS resumed his intimidation of the plaintiff, a form of sexual harassment.

15. About 7 July 2006 the plaintiff complained about defendant BASS's hostile work environment to Mr. Walkinshaw at the Grill.

16. About 1 September 2006, at Mr. Walkinshaw's direction, the plaintiff took her concerns and complaints of mistreatment by defendant BASS to Sandy who worked for Mr. Walkinshaw.

17. During plaintiff's second employment, bartender defendant BASS as a form of sexual harassment would put plaintiff's drinks to the back as a drag on the service plaintiff was able to provide her customers. Plaintiff complained of this practice to Mr. Dias to no avail.

18. About 14 September 2006 the plaintiff was fired from her job with PASATIEMPO by Sandy and Mr. Dias, Mr. Hall's successor.

19. Plaintiff is informed and believes that the reason given for her termination on both occasions was a pretext and that in truth and in fact her complaints of sexual harassment by the defendant were a motivating factor in the decision to fire her.

20. Plaintiff is informed and believes and alleges thereon that in acting as alleged defendants BASS and PASATIEMPO by and through its managers did so willfully, knowingly, maliciously, and intentionally.

21. As a consequence of these unlawfully discriminatory and retaliatory acts by the defendants, and each of them, plaintiff has lost earnings and suffered emotional pain and mental suffering.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues of fact.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as follows:

1. For compensatory damages according to proof;
2. For punitive damages according to proof;
3. For costs of suit;
4. For reasonable attorney's fees and costs;
5. For such additional relief as this Court in its wisdom deems just and proper including some affirmative action to protect current and future employees of the Pasatiempo Golf Club from a fate like the plaintiff's.

Dated this 1st day of April 2008.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL    -4-

Jim King
Attorney for plaintiff

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL                                    -5-

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
KATHLEEN HOPE O'NEILL

**(b)** County of Residence of First Listed Plaintiff: Santa Cruz
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jim King, Esq.
1011 Center Street, Santa Cruz, CA 95060 phone: (831) 427-

### DEFENDANTS
PASATIEMPO, INC. dba Pasatiempo Golf Club, and MATT BASS

County of Residence of First Listed Defendant: Santa Cruz
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

C08 01774 RS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of Civil Rights Act of 1964, as Amended
Brief description of cause:
Retaliation for complaint of discrimination and discrimination by harassment & hostile work environment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 300,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 04/01/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____