# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

KATHLEEN HOPE O'NEILL

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: ADR C08-01774 RS

PASATIEMPO, INC. dba Pasatiempo Golf Club, and MATT BASS

TO: (Name and address of defendant)

PASATIEMPO, INC.
20 CLUBHOUSE ROAD
SANTA CRUZ, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JIM KING, ESQ.
LAW OFFICE OF JIM KING
1011 CENTER STREET
SANTA CRUZ, CA 95060

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 0 2 2008
DATE_____

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK