JIM KING - State Bar No. 050886
1011 CENTER STREET
SANTA CRUZ, CA 95060
Tel. (831) 427-1515
Fax (831) 427-1530

Attorney for Plaintiff KATHLEEN HOPE O'NEILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PASATIEMPO, INC. DBA Pasatiempo Golf Club and MATT BASS,<br><br>　　　　Defendants. | Case No. C 08-01774 RS<br><br>MOTION FOR ADMINISTRATIVE RELIEF [Local Rule 7-11] |

Plaintiff, KATHLEEN HOPE O'NEILL, by and through her attorney, Jim King, moves this court, *ex parte*, for an order continuing the Initial Case Management Conference and all other deadlines 45 days for the following reasons: 1. Since this past winter Plaintiff's attorney, a sole practitioner has had planned a family vacation in Ireland from 14 July through 30 July 2008; 2. While defendant MATT BASS was personally served with Summons and Complaint on 25 May 2008, service will not be made on PASATIEMPO, INC. until the week of 30 June 2008.

MOTION FOR ADMINISTRATIVE LEAVE [Local Rule 7-11]                                          -1-

This motion is based on the reasons stated herein and on the accompanying declaration of plaintiff's counsel.

Dated: 27 June 2008.

```
                              _____
                              /s/ Jim King
                              Jim King
                              Attorney for Plaintiff
```

## DECLARATION OF JIM KING

I, Jim King, declare that:

1. I am the duly licensed attorney of record for the Plaintiff in this action.

2. Although defendant MATT BASS has been personally served with process, he has not yet served or filed his Answer and has not disclosed his residence or telephone number. I am only able to contact him through his mother's mailing address in Santa Cruz which the investigator used to contact him for the purpose of personal service.

3. While I did mail to defendant PASATIEMPO, INC. on 23 May 2008, a Notice of Lawsuit and Request for Waiver of Service of Summons I have received no response from that defendant. Therefore I have this date engaged a licensed process server to serve the corporate agent for service of process during the week of 30 June 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 27 June 2008 at Santa Cruz, CA.

```
                              ___/s/ Jim King
_____        Jim King
                              Attorney for Plaintiff
```