Matthew R. Bass
143 Harbor Oak Circle
Santa Cruz, CA 95062
Telephone (831) 475-1280

In Pro Per

FILED

2008 JUN 30 P 2: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC., dba Pasatiempo Golf Club, and MATT BASS,<br><br>Defendants. | Case No. C 08 01774<br><br>ANSWER OF DEFENDANT MATT BASS TO COMPLAINT<br>JURY TRIAL DEMANDED<br><br>BY FAX |

Defendant Matt Bass, as and for his answer, avers as follows:

1. Answering the allegation of Paragraphs 1-4 of the Complaint, defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies each and every allegation contained therein.

2. Answering the allegations of Paragraph 5 of the Complaint, defendant admits the allegation.

Answer of Defendant Matt Bass to Complaint         1
Jury Trial Demanded

3. Answering the allegation of Paragraphs 6, 7, 8, 10, 11, 12, 13, 15, 16, 18 and 19 of the Complaint, defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies each and every allegation contained therein.

4. Defendant denies each and every allegation in Paragraphs 9, 14, 17, 20, and 21.

5. As and for a separate and additional defense, defendant avers that the claim is barred by the applicable statute of limitations.

6. As and for a separate and additional defense, defendant avers that the claim is barred by the Exclusive Remedies Doctrine.

7. As and for a separate and additional defense, defendant avers that the claim is barred by the Equitable Doctrine of Unclean Hands.

8. As and for a separate and additional defense, defendant avers that the claim is fails to state a claim for which relief can be granted.

9. As and for a separate and additional defense, defendant avers that the claim does not set forth a claim which gives rise to the subject matter jurisdiction of this Court.

WHEREFORE, defendant Bass prays as follows:

1. That plaintiff take nothing by reason of the Complaint, that judgment be rendered in favor of defendant Bass;

2. That defendant Bass be awarded his attorney's fees and costs of suit incurred in defense of this action; and

3. For such other relief as the Court deems proper.

Dated: June 30, 2008

*Matt Bass*
MATT BASS, In Pro Per

Answer of Defendant Matt Bass to Complaint     2
Jury Trial Demanded