# CERTIFICATE OF SERVICE

**FILED**
2008 JUN 30 P 2:10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Re: *O'Neill v. Pasatiempo, Inc., et al.*
United States District Court, Northern District of California, San Jose Division

I am a citizen of the United States and a resident of the County of Santa Cruz. I am over the age of eighteen (18) years, and not a party to the within above-entitled action; my business address is 11 Seascape Village, Aptos, CA 95003.

On June 30, 2008 I served the following document(s):

**ANSWER TO COMPLAINT; JURY TRIAL DEMANDED**

On the interested parties in said action by the following means:

[X] **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope with postage thereon, fully prepaid, for collection and mailing following the firm's ordinary business practice for deposit in the United States mail at Aptos, California, addressed as shown below.

[ ] **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 684-2301 to the interested parties to said action at the facsimile number(s) shown below. The facsimile transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 30, 2008 at Aptos, California.

*Konnie Bugge*
Konnie Bugge

Jim King, Esq
1011 Center Street
Santa Cruz, CA 95060

Answer of Defendant Matt Bass to Complaint    3
Jury Trial Demanded