1  JIM KING - State Bar No. 050886
   1011 CENTER STREET
2  SANTA CRUZ, CA 95060
   Tel. (831) 427-1515
3  Fax (831) 427-1530

4

5  Attorney for Plaintiff KATHLEEN HOPE O'NEILL

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11
                                          )
12  KATHLEEN HOPE O'NEILL,                 )
                                          )  Case No. C 08-01774 RS
13         Plaintiff,                      )
                                          )
14      v.                                 )  [PROPOSED] ORDER CONTINUING
                                          )  CASE MANAGEMENT
15  PASATIEMPO, INC. dba Pasatiempo       )  CONFERENCE
    Golf Club and MATT BASS,              )
16         Defendants.                     )
                                          )
17  _____

    GOOD CAUSE APPEARING from the Plaintiff's *ex parte* motion for
18
    Administrative Leave and the accompanying Declaration of her counsel,
19
    IT IS ORDERED that the Initial Case Management Conference now set for 23 July
20
    2008 is continued to Wednesday, _____2008 @ 2:30 p.m. in Courtroom 4, 5th
21
    Floor, San Jose. All other deadlines previously scheduled are continued
22
    accordingly.
23
    Dated: _____
24
                                    _____
25                                  Richard Seeborg
                                    United States Magistrate Judge


ORDER CONTINUING CASE MANAGEMENT CONFERENCE                          -1-