**United States District Court**
For the Northern District of California

1
2
3                                                          *E-FILED*
                                                          July 1, 2008
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10
11   KATHLEEN HOPE O'NEILL,                    No. C 08-01774 RS
12              Plaintiff,
13       v.                                    **ORDER CONTINUING CASE
                                               MANAGEMENT CONFERENCE**
14   PASATIEMPO, INC.,
     et al.,
15              Defendants.
16   _____/
17       At the request of plaintiff and good cause appearing,

18       IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled

19   matter currently set for July 9, 2008 at 2:30 p.m. is continued to **September 10, 2008 at 2:30 p.m.**

20   All other deadlines set in the Order Setting Initial Case Management Conference dated April 2, 2008

21   are continued accordingly.

22       The parties shall make a determination regarding the issue of consent to the jurisdiction of

23   the Magistrate Judge and file the appropriate form no later than September 3, 2008.

24       Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any

25   parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

26   Dated:  July 1, 2008

27                                             _____
                                               RICHARD SEEBORG
28                                             United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jim King jimkinglaw@cruzio.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Matt Bass
143 Harbor Oak Circle
Santa Cruz, CA 95062

Dated: July 1, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California