**\*E-FILED\***
**July 1, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN HOPE O'NEILL,

        Plaintiff,

   v.

PASATIEMPO, INC.,
et al.,

        Defendants.
_____/

No. C 08-01774 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for July 23, 2008 at 2:30 p.m. is continued to **September 10, 2008 at 2:30 p.m.** All other deadlines set in the Order Setting Initial Case Management Conference dated April 2, 2008 are continued accordingly.

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than September 3, 2008.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: July 1, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jim King jimkinglaw@cruzio.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Matt Bass
143 Harbor Oak Circle
Santa Cruz, CA 95062

Dated: July 1, 2008

          /s/ BAK
Chambers of Magistrate Judge Richard Seeborg