CALEB SEQUOIA BASKIN, SB No. 226132
csbaskin@baskingrant.com
BASKIN & GRANT, LLP
730 MISSION STREET
SANTA CRUZ, CALIFORNIA 95060-3615
Tel: (831) 425-8999
Fax: (831) 425-8853

Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>Defendants. | CASE NO. C 08-01774 RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:     April 2, 2008<br>Trial Date:     None set |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: July 30, 2008                    BASKIN & GRANT, LLP

                                        By: _____
                                            CALEB SEQUOIA BASKIN
                                            Attorneys for PASATIEMPO, INC. dba
                                            PASATIEMPO GOLF CLUB

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                            C 08-01774 RS
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG