CALEB SEQUOIA BASKIN, SB No. 226132
csbaskin@baskingrant.com
BASKIN & GRANT, LLP
730 MISSION STREET
SANTA CRUZ, CALIFORNIA 95060-3615
Tel: (831) 425-8999
Fax: (831) 425-8853

Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>   Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>   Defendants. | CASE NO. C O8-01774 RS<br><br>**PASATIEMPO, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(*Local Rule 7.1-1*)<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:   April 2, 2008<br>Trial Date:   None set |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for Defendant Pasatiempo, Inc., certifies that Pasatiempo, Inc. is unaware of any parties that have a direct, pecuniary interest in the outcome of this case, other than the named parties hereto. This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED: July 30, 2008             BASKIN & GRANT, LLP


                                 By:  /s/
                                      CALEB SEQUOIA BASKIN
                                      Attorneys for PASATIEMPO, INC. dba
                                      PASATIEMPO GOLF CLUB

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                C O8-01774 RS
CERTIFICATION AND NOTICE OF INTERESTED PARTIES