CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
730 MISSION STREET
SANTA CRUZ, CALIFORNIA  95060-3615
Tel: (831) 425-8999
Fax: (831) 425-8853

Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>           Plaintiff,<br><br>      vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>           Defendants. | CASE NO. C O8-01774 RS<br><br>**PASATIEMPO, INC.'S CORPORATE DISCLOSURE STATEMENT**<br>(***Fed R Civ P 7.1***)<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:          April 2, 2008<br>Trial Date:          None set |

### CORPORATE DISCLOSURE STATEMENT

1.      Defendant Pasatiempo, Inc. certifies that it is a nongovernmental corporation organized and existing under the laws of the State of California, with its principal place of business in Santa Cruz, California.  Pasatiempo, Inc. submits the following statement of its corporate interests and affiliations as required by *Federal Rules of Civil Procedure, Rule 7.1*, for the use of the judges of this Court:

2.      Pasatiempo, Inc. is not a publicly-held corporation or other publicly-held entity.

3.      Pasatiempo, Inc. does not have any parent corporation.

4.      No publicly-held corporation owns 10 percent or more of Pasatiempo, Inc.'s stock.

/ / /

/ / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1          C O8-01774 RS
CORPORATE DISCLOSURE STATEMENT

1 | DATED: July 30, 2008                    BASKIN & GRANT, LLP

2

3 |                                         By:  /s/ _____

4 |                                              CALEB SEQUOIA BASKIN
                                                 Attorneys for PASATIEMPO, INC. dba
5 |                                              PASATIEMPO GOLF CLUB, 20 Clubhouse
                                                 Road, Santa Cruz, CA 95060

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2

CORPORATE DISCLOSURE STATEMENT

C O8-01774 RS