CALEB SEQUOIA BASKIN, SB No. 226132
csbaskin@baskingrant.com
BASKIN & GRANT, LLP
730 MISSION STREET
SANTA CRUZ, CALIFORNIA 95060-3615
Tel: (831) 425-8999
Fax: (831) 425-8853

Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>Defendants. | CASE NO. C 08-01774 RS<br><br>**STIPULATION TO CONTINUE THE DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:   April 2, 2008<br>Trial Date:   None set |

Plaintiff Kathleen Hope O'Neill ("Plaintiff") through her counsel, Jim King, Defendant Pasatiempo, Inc. ("Defendant") through its counsel, Caleb Sequoia Baskin, and Defendant Matt Bass, in *pro per*, hereby stipulate to continue the date of the Case Management Conference from September 10, 2008 to October 15, 2008. The parties request the additional time to permit them to meet and confer, file a joint CMS and effect initial disclosures, given the trial and other calendar commitments faced by trial counsel.

Plaintiff and Defendants hereby stipulate to continue the date on which it is the last day to meet and confer re initial disclosures, early settlement, ADR process, and discovery plan, and to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference from August 20, 2008 to September 24, 2008. Plaintiff and Defendants also hereby stipulate to continue the date on which initial disclosures must be completed, and the Rule 26(f) Report and Joint Case Management Statement filed, from August 29, 2008 to October 3, 2008.

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                 C 08-01774 RS
STIPULATION TO CONTINUE THE DATE OF CASE MANAGEMENT CONFERENCE

1  DATED: August __, 2008          LAW OFFICE OF JIM KING

2

3                                  By: _____
4                                      JIM KING
                                       Attorney for KATHLEEN HOPE O'NEILL
5

6  DATED: August 15/2008           BASKIN & GRANT, LLP

7

8                                  By: _____
                                       CALEB SEQUOIA BASKIN
9                                      Attorneys for PASATIEMPO, INC. dba
                                       PASATIEMPO GOLF CLUB
10

11 DATED: August 8, 2008

12

13                                 By: _____
                                       MATT BASS
14                                     In Pro Per

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                                         C 08-01774 RS
STIPULATION TO CONTINUE THE DATE OF CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | DATED: August 14, 2008 | LAW OFFICE OF JIM KING |
| 2 | | |
| 3 | | By: _[signature]_____ |
| 4 | | JIM KING |
| 5 | | Attorney for KATHLEEN HOPE O'NEILL |
| 6 | DATED: August __, 2008 | BASKIN & GRANT, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | CALEB SEQUOIA BASKIN |
| 10 | | Attorneys for PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB |
| 11 | DATED: August __, 2008 | |
| 12 | | |
| 13 | | By: _____ |
| 14 | | MATT BASS |
| 15 | | In Pro Per |

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2

STIPULATION TO CONTINUE THE DATE OF CASE MANAGEMENT CONFERENCE

C 08-01774 RS



**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>　　　　Defendants. | CASE NO. C O8-01774 RS<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:　　April 2, 2008<br>Trial Date:　　None set |

　　　Plaintiff Kathleen Hope O'Neill and Defendants Pasatiempo, Inc and Matt Bass, submitted to this court a Stipulation To Continue The Date of Case Management Conference.

　　　PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management Conference in the above-entitled matter, currently set for September 10, 2008 at 2:30 p.m., be continued to **October 15, 2008 at 2:30 p.m.** In addition, it is ordered that the last day to meet and confer re initial disclosures, early settlement, ADR process, and discovery plan, and to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference be continued from August 20, 2008 to September 24, 2008; and that the date on which initial disclosures must be completed, and the Rule 26(f) Report and Joint Case Management Statement filed be continued from August 29, 2008 to October 3, 2008.

/ / /
Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1  DATED: _____, 2008

2

3  
                                    _____
4                                   RICHARD SEEBORG
                                    United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                               C O8-01774 RS
ORDER CONTINUING CASE MANAGEMENT CONFERENCE