*E-FILED 8/19/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>    Plaintiff,<br><br>  vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>    Defendants. | CASE NO. C O8-01774 RS<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:      April 2, 2008<br>Trial Date:     None set<br><br>MODIFIED BY THE COURT |

Plaintiff Kathleen Hope O'Neill and Defendants Pasatiempo, Inc and Matt Bass, submitted to this court a Stipulation To Continue The Date of Case Management Conference.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Case Management Conference in the above-entitled matter, currently set for September 10, 2008 at 2:30 p.m., be continued to **October 29, 2008 at 2:30 p.m.** In addition, it is ordered that the last day to meet and confer re initial disclosures, early settlement, ADR process, and discovery plan, and to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference be continued from August 20, 2008 to September 24, 2008; and that the date on which initial disclosures must be completed, and the Rule 26(f) Report and Joint Case Management Statement filed be continued from August 29, 2008 to October 3, 2008.

/ / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                          C O8-01774 RS
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  DATED: __August 19__, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                                                 C O8-01774 RS
ORDER CONTINUING CASE MANAGEMENT CONFERENCE