1  REBECCA J. FOWLER, SB No. 228852
   rjfowler@baskingrant.com
2  BASKIN & GRANT, LLP
   730 MISSION STREET
3  SANTA CRUZ, CALIFORNIA 95060-3615
   Tel. (831) 425-8999
4  Fax: (831) 425-8853

5  Attorneys for PASATIEMPO, INC. dba
   PASATIEMPO GOLF CLUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL, | CASE NO C 08-01774 RS |
| Plaintiff, | NOTICE AND SUBSTITUTION OF ATTORNEY |
| vs. | Case Assigned to Hon. Richard Seeborg |
| PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS, | Case Filed: April 2, 2008<br>Trial Date: None set |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendant Pasatiempo, Inc. dba Pasatiempo Golf Club substitutes Rebecca J. Fowler, Baskin & Grant, LLP, 730 Mission Street, Santa Cruz, California 95060-3615, (831) 425-8999, as its attorney of record in this action in the place of Caleb Sequoia Baskin.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Baskin & Grant
730 Mission Street
Santa Cruz CA 95060
(831) 425-8999

1                                   C 08-01774 RS
NOTICE AND SUBSTITUTION OF ATTORNEY

1 | DATED: August 22, 2008

PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB, by

By: /s/ JAY WALKINSHAW, General Manager

6 | DATED: August 22, 2008

BASKIN & GRANT, LLP

By: /s/ REBECCA J FOWLER
Attorneys for PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB

11 | DATED: August 22, 2008

BASKIN & GRANT, LLP

By: /s/ CALEB SEQUOIA BASKIN

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2

C 08-01774 RS

NOTICE AND SUBSTITUTION OF ATTORNEY