1  REBECCA J. FOWLER, SB No. 228852
    rjfowler@baskingrant.com
2  BASKIN & GRANT, LLP
    730 MISSION STREET
3  SANTA CRUZ, CALIFORNIA  95060-3615
    Tel: (831) 425-8999
4  Fax: (831) 425-8853

5  Attorneys for PASATIEMPO, INC. dba
    PASATIEMPO GOLF CLUB and MATTHEW
6  BASS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>Defendants. | CASE NO. C 08-01774 RS<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:    April 2, 2008<br>Trial Date:    None set |

PLEASE TAKE NOTICE that MATTHEW BASS, Defendant *in propria persona*, hereby associates BASKIN & GRANT, LLP as counsel of record for MATTHEW BASS in this matter. The name, office address, telephone number, and facsimile number of the associated counsel is:

   Rebecca J. Fowler
   Baskin & Grant, LLP
   730 Mission Street
   Santa Cruz, CA 95060
   Telephone:    (831) 425-8999
   Facsimile:     (831) 425-8853

Rebecca J. Fowler of BASKIN & GRANT, LLP and Matthew Bass concur in the filing of this Notice of Association of Counsel.

/ / /

/ / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                    C 08-01774 RS
ASSOCIATION OF COUNSEL

DATED: September 3, 2008           BASKIN & GRANT, LLP


By: _____
REBECCA J. FOWLER
Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB and MATTHEW
BASS

## CERTIFICATION

I, Rebecca J. Fowler, am the ECF User whose identification and password are being used to file this Association of Counsel. In compliance with General Order 45.X.B., I hereby attest that Matthew Bass, has concurred in this filing.


DATED: September 3, 2008           BASKIN & GRANT, LLP


By: _____
REBECCA J. FOWLER
Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB and MATTHEW
BASS

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                                              C O8-01774 RS
ASSOCIATION OF COUNSEL