1  REBECCA J. FOWLER, SB No. 228852
    rjfowler@baskingrant.com
2  BASKIN & GRANT, LLP
   730 MISSION STREET
3  SANTA CRUZ, CALIFORNIA  95060-3615
   Tel: (831) 425-8999
4  Fax: (831) 425-8853

5  Attorneys for PASATIEMPO, INC. dba
   PASATIEMPO GOLF CLUB and MATTHEW
6  BASS

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| 11  KATHLEEN HOPE O'NEILL, | CASE NO. C 08-01774 RS |
|---|---|
| 12           Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG** |
| 13       vs. | |
| 14  PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS, | Case Assigned to Hon. Richard Seeborg |
| 15           Defendants. | Case Filed:      April 2, 2008<br>Trial Date:      None set |
| 16 | |

17

18       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  party, MATTHEW BASS, hereby voluntarily consents to have a United States Magistrate Judge

21  conduct any and all further proceedings in the case, including trial, and order the entry of a final

22  judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals

23  for the Ninth Circuit.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                  C 08-01774 RS
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG

| | | |
|---|---|---|
| 1 | DATED: September 3, 2008 | BASKIN & GRANT, LLP |

By: _/s/ Rebecca J. Fowler_

REBECCA J. FOWLER
Attorneys for PASATIEMPO, INC. dba
PASATIEMPO GOLF CLUB and MATTHEW
BASS

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2

C O8-01774 RS

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG