*E-FILED 1/12/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HOPE O'NEILL,<br><br>   Plaintiff,<br><br>vs.<br><br>PASATIEMPO, INC. dba PASATIEMPO GOLF CLUB; MATT BASS,<br><br>   Defendants. | CASE NO. C 08-01774 RS<br><br>**[PROPOSED]** **ORDER GRANTING PASATIEMPO, INC. AND MATTHEW BASS LEAVE TO FILE AMENDED ANSWER**<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:        April 2, 2008<br>Trial Date:        September 21, 2009 |

Plaintiff Kathleen Hope O'Neill and Defendants Pasatiempo, Inc. and Matthew Bass, submitted to this Court a Stipulation to allow Pasatiempo, Inc. and Matthew Bass each to file an Amended Answer.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Defendants Pasatiempo Inc. and Matthew Bass may file amended answers to the Complaint on file herein.

DATED: __January 12__, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999