***E-FILED***
**February 2, 2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN O'NEILL,<br><br>    Plaintiff,<br>v.<br><br>PASATIEMPO, INC., et al.,<br><br>    Defendants. | No. C 08-01774 RS<br><br>**ORDER RE: SETTLEMENT;<br>STAND-BY ORDER TO SHOW<br>CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 1, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 8, 2009 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: February 2, 2009

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Jim King   jimkinglaw@cruzio.com

Rebecca Jane Fowler   rjfowler@baskingrant.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 2, 2009

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg